IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ADRIANE BARDERE,**

    **Plaintiff,**

v.                                                                      3:12-CV-05125-M-BK

**HUGHES, WATTERS & ASKANASE,
LLP, TRUSTEE, et al.,**

    **Defendants.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DISMISSING HOMEWARD RESIDENTIAL, INC., AND U.S. BANK NATIONAL ASSOCIATION

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendants Homeward Residential, Inc. and U.S. Bank National Association's *Motion to Dismiss* (Doc. 6) is **GRANTED**, and Plaintiff's case against these Defendants is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution. This Order does not impact Plaintiff's suit against Hughes, Watters & Askanase, LLP, Trustee.

SO ORDERED this 28th day of June, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS