IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ADRIANE BARDERE,

    Plaintiff,

v.                                                   3:12-CV-05125-M-BK

HUGHES, WATTERS & ASKANASE,
LLP, TRUSTEE, et al.,

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant Hughes, Watters & Askanase, LLP's *Motion for Judgment on the Pleadings, or in the Alternative, Motion for Summary Judgment* (Doc. 17). is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 14th day of May, 2014.

                                                BARBARA M. G. LYNN
                                                UNITED STATES DISTRICT JUDGE
                                                NORTHERN DISTRICT OF TEXAS